**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MICHIGAN**

Michael Sandusky,

      Plaintiff(s),

                                            Civil No. 21-CV-11275
v.                                             HON. BERNARD A. FRIEDMAN

LTD Financial Services, LP,

      Defendant(s).
_____/

## NOTICE OF IN-PERSON SETTLEMENT CONFERENCE

      You are hereby notified to appear before the **Honorable Bernard A. Friedman**, **United States District Court Judge**, for the above proceeding on:

<u>**Wednesday, February 16, 2022 at 10:30 a.m.**</u>
**United States District Court**
**231 W. Lafayette, Room 120**
**Detroit, Michigan 48226**

      SETTLEMENT CONFERENCE WITH CLIENT(S)/CLIENT REPRESENTATIVE(S) WITH FULL SETTLEMENT AUTHORITY are required to attend this conference. Each party is to submit a "confidential" three-page summary of the case to Judge Friedman three days prior to the conference (via fax no. 313-234-5356; e-mail: **tara_villereal@mied.uscourts.gov**). This summary should **not be filed** on the docket.

      If you have any questions concerning this conference, please contact Case Manager Johnetta Curry-Williams on 313-234-5170.

      Should counsel resolve this case prior to the conference, the Court will expect the parties to inform the Court prior to the date and time set for conference.

                                              s/Johnetta M. Curry-Williams
                                              Case Manager in the Chambers of the
                                              Honorable Bernard A. Friedman
                                              313-234-5170
                                              Johnetta_curry@mied.uscourts.gov

Dated: January 6, 2022
Detroit, Michigan